IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, ALLIANCE FOR THE WILD ROCKIES, and COUNCIL ON FISH & WILDLIFE<br><br>Plaintiffs,<br><br>vs.<br><br>AARON WEBBER, Townsend District Ranger, Helena Lewis & Clark National Forest; EMILY PLATT, Supervisor, Helena Lewis & Clark National Forest; LEANNE MARTEN, Regional Forester, U.S. Forest Service Northern Region; U.S. FOREST SERVICE; U.S. FISH & WILDLIFE SERVICE,<br>  Defendants,<br><br>and<br><br>SUN MOUNTAIN LUMBER, INC., a Montana Corporation,<br><br>Intervenor-Defendant. | CV 25–25–M–DLC<br><br>ORDER |

IT IS ORDERED that Intervenor-Defendant shall have 15 minutes to argue at the June 3, 2025 preliminary injunction hearing in the above-captioned matter.

DATED this 2nd day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1